JS-6

YOUNGER & ASSOCIATES
Timothy M. Younger (S.B. # 150527)
Melissa M. Thom (S.B. #189300)
mmt@youngerassociates.net
Kelvin M. Liban (S.B. #276814)
kl@youngerassociates.net
YOUNGER & ASSOCIATES
10681 Foothill Blvd., Suite 280
Rancho Cucamonga, CA 91730
Telephone: (909) 980-0630
Facsimile: (909) 948-8674

Attorneys for Plaintiff
PATRICIA WELTE

PATRICK H. HICKS, Bar No. 131509
phicks@littler.com
JUDY M. IRIYE, Bar No. 211360
jiriye@littler.com
SHAHRAM SAMIE, Bar No. 268025
ssamie@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
Telephone:  310.553.0308
Facsimile:  310.553.5583

Attorneys for Defendant
WYNDHAM HOTEL GROUP, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA WELTE, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>WYNDHAM HOTEL GROUP, LLC, a Delaware Limited Liability Corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 5:13-cv-01821 JGB (DTBx)<br><br>**ORDER GRANTING JOINT STIPULATION RE DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 41(a)(1)**<br><br>State Complaint Filed:  Aug. 23, 2013<br>Trial:  April 21, 2015 |

LITTLER MENDELSON, P.C.
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA WELTE, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>WYNDHAM HOTEL GROUP, LLC, a Delaware Limited Liability Corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 5:13-cv-01821 JGB (DTBx)<br><br>**ORDER GRANTING JOINT STIPULATION RE DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 41(a)(1)**<br><br>State Complaint Filed: Aug. 23, 2013<br>Trial: April 21, 2015 |

LITTLER MENDELSON, P.C.
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

1  BASED ON THE JOINT STIPULATION of Plaintiff Patricia Welte and
2  Defendant Wyndham Hotel Group, LLC, it is hereby ordered that the entire action is
3  dismissed, with prejudice. Each party shall bear her or its own attorneys' fees and
4  costs in this action.

5  **IT IS SO ORDERED.**

7  Dated: July 10, 2014

HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

Firmwide:127390530.2 069917.1003

LITTLER MENDELSON, P.C.
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

1.